Thomas G. Walker (ISB 1856)
COSHO HUMPHREY, LLP
1501 South Tyrell Lane
Boise, ID 83706
P. O. Box 9518
Boise, Idaho 83707-9518
Direct Phone:       (208) 639-5607
Cell Phone:         (208) 869-1508
Firm Facsimile:     (208) 338-3290
E-mail:             twalker@cosholaw.com;

Attorneys for Idaho Package Company

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

★ ★ ★ ★ ★

| JOEY T. STAKEY, | Civil Action No.   1:16-cv-00115-REB |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT IDAHO PACKAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT |
| IDAHO PACKAGE COMPANY, an Idaho corporation, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Idaho Package Company, states it has no parent company and no publicly-traded company owns more than 10% of its stock.

DATED:  June 24, 2016.                COSHO HUMPHREY, LLP

                                      By /s/ Thomas G. Walker
                                      THOMAS G. WALKER
                                      Attorneys for Idaho Package Company

## CERTIFICATE OF SERVICE

I certify that on June 24, 2016, I served a true and correct copy of the foregoing Corporate Disclosure Statement on the individual listed below through electronic notification to the parties registered with the U.S. Court's CM/ECF System.

Paul D. McFarlane     paul@McFarlaneLawOffices.com

McFarlane Law Offices, PLLC
1004 West Fort Street
Boise, Idaho  83702


                /s/ Thomas G. Walker